AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| AUSTIN MOORE, Individually, and TIFFANY MOORE, Individually,<br><br>Plaintiff(s),<br><br>v.<br><br>ELECTRONIC MARKETING, LLC, HUNTER TAYLOR, SAMSUNG SDI AMERICA, INC., a Foreign For-Profit Corporation; and SAMSUNG SDI CO., LTD., a Foreign Company,<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. Case No. CIV-21-836-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Electronic Marketing, LLC
P.O. Box #292772
Lewisville, TX 75029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jordan Klingler, OBA #31233
McINTYRE LAW, P.C.
8601 South Western Avenue
Oklahoma City, OK 73139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:33 pm, Nov 18, 2021
CARMELITA REEDER SHINN, Clerk

By: *Katann Thurn*
      Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. Case No. CIV-21-836-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* to Defendant Electronic Marketing, LLC via certified mail, who is designated by law to accept service of process on behalf of *(name of organization)* Defendant Electronic Marketing, LLC on *(date)* 12/07/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/16/2021                    /s/ Jordan Klingler
                                    *Server's signature*

                                    Jordan Klingler, Partner/Attorney at Law
                                    *Printed name and title*

                                    McIntyre Law, P.C., 8601 S. Western Avenue, Oklahoma City, OK 73139
                                    *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To: Moore, Austin Electronic Marketing LLC
Street and Apt. No., or PO Box No.: P.O. Box 292772
City, State, ZIP+4®: Lewisville, TX 75029

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Article tracking: 7020 1810 0001 8056 6876

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Electronic Marketing LLC
    P.O. Box 292772
    Lewisville, TX 75029

    9590 9402 6181 0220 7230 11

2. Article Number (Transfer from service label)

    7020 1810 0001 8056 6876

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): TIAGO RAELE
C. Date of Delivery: 12/7/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt