IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN MOORE, Individually, and TIFFANY MOORE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC MARKETING, LLC, HUNTER TAYLOR, SAMSUNG SDI AMERICA, INC., a Foreign For-Profit Corporation; and SAMSUNG SDI CO., LTD., a Foreign Company,<br><br>Defendants. | Case No. CIV-21-836-D |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Time for Obtaining Service on Defendants Samsung SDI Co., Ltd and Hunter Taylor [Doc. No. 38]. Plaintiffs request a 90-day extension to their deadline to serve Defendants. On February 7, 2022, Defendant Samsung SDI Co., Ltd. filed a motion representing it has already been served [Doc. No. 37], but, in the instant Motion, Plaintiffs represent that they have been unable to perfect service on Samsung SDI Co., Ltd. No return of service for Samsung SDI Co., Ltd. has been filed in the case. Therefore, after consideration, and since the instant Motion is unopposed, the Court finds the Motion [Doc. No. 38] should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs shall have until April 29, 2022 to serve Defendant Samsung SDI Co., LTD and until May 16, 2022 to serve Defendant Hunter Taylor.

1

**IT IS FURTHER ORDERED** that Defendant Samsung SDI Co., Ltd.'s Motion for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction Out of Time [Doc. No. 37] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 10th day of February, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge