# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AUSTIN MOORE**, Individually, and **TIFFANY MOORE**, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> **ELECTRONIC MARKETING, LLC,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-21-836-D |

## PLAINTIFFS' VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Austin and Tiffany Moore, by and through their undersigned counsel, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby submits a dismissal without prejudice of all of Plaintiffs' claims against Defendant Electronic Marketing, LLC.

Dated this 27th day of April, 2023.

Respectfully submitted,

*s/ Jeremy Thurman*_____
Noble McIntyre, OBA #16359
Jeremy Thurman, OBA #19586
Jordan Klingler, OBA #31233
MCINTYRE LAW, P.C.
8601 S. Western Avenue
Oklahoma City, OK 73139
T: (405) 917-5250
F: (405) 917-5405
noble@mcintyrelaw.com
jeremy@mcintyrelaw.com
jordan@mcintyrelaw.com

1

-and-

*s/ Vincent Green*_____
Vincent L. Greene *(Pro Hac Vice)*
Rhode Island Bar #5971
Dennis A. Costigan *(Pro Hac Vice)*
Rhode Island Bar #9163
MOTLEY RICE LLC
55 Cedar Street, Suite 100
Providence, RI  02903
T: (401) 457-7730
F: (401) 457-7708
vgreene@motleyrice.com
dcostigan@motleyrice.com

**ATTORNEYS FOR PLAINTIFFS**